EXHIBIT-A

JAMES J. BRINK, ESQ.
BRINK LAW OFFICES, P.C.
429 FOURTH AVE., STE. 601
PITTSBURGH, PA 15219

B4 226

CONTAINS LEGAL MAIL

24801-100909

Don Hough
DOC No. 07839-068
FCI McDowell
P.O. Box 1009
Welch, WV 24801

PITTSBURGH PA 150
14 OCT 2020 PM 8 L

UNITED STATES POSTAGE
$000.50⁰
PITNEY BOWES
02 1P
0000774031  OCT 14 2020
MAILED FROM ZIP CODE 15219