# JAMES J. BRINK, ESQ.
ATTORNEY AND MEDIATOR

**EXHIBIT - B**

BRINK LAW OFFICES, P.C.
429 FOURTH AVE ◆ STE 601
PITTSBURGH, PENNSYLVANIA 15219

TELEPHONE          412.227.0961
FACSIMILE          412.227.0964
EMAIL     JBRINK@JAMESBRINKLAW.COM

October 14, 2020

Don Hough
DOC No. 07839-068
FCI McDowell
P.O. Box 1009
Welch, WV 24801

Re:  *United States v. Hough*
     Case No. 03-174

Dear Don:

I have enclosed a filed copy of a Notice I was required to file indicating all "live" motions the Court is to consider in conjunction with your 2255.

Also, I am not sure if I mentioned this to you previously but I do not accept email invitations from my incarcerated clients. Several years ago I had a bad experience with this system which created a somewhat dire situation involving my accounts. For this reason, I tell clients to either write me a letter or call.

I will send you a copy of the government's response to your 2255 once it is filed.

Very truly yours,

BRINK LAW OFFICES, P.C.

By

James J. Brink, Esq.

Enc.