10/01/2020246 ORDER as to DON RAOUL HOUGH. Within fourteen (14) days of the date of this Order, counsel for the Defendant is directed to file a notice confirming which pending motions should be treated as operative by the Court. The remaining "non-live" motions will be dismissed without prejudice. Signed by Chief Judge Mark R. Hornak on 10/1/20. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (bdb) (Entered: 10/01/2020)

*EXHIBIT-C*

ECF 246

Live motions

ECf 193
Ecf 244 - pro se