IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 03-174 |
| | ) Judge Hornak |
| DON RAOUL HOUGH | ) |

_EXHIBIT-D_

NOTICE

Now comes the defendant by his counsel, James J. Brink, Esq., to respond to the Order of Court entered on October 1, 2020 (ECF Doc. No. 246) as follows:

1. Upon review of the CM/ECF docket, the only "live" motions pending which "should be treated as operative by the Court" are identified as ECF Doc. No. 193 and ECF Doc. No. 244.

Respectfully submitted,

BRINK LAW OFFICES, P.C.

By
/s James J. Brink
James J. Brink, Esq.
Pa. I.D. No. 61690
Counsel for Defendant