**Notices**

2:03-cr-00174-MRH UNITED STATES OF AMERICA v. HOUGH **CASE CLOSED on 07/15/2005**

## U.S. District Court

## Western District of Pennsylvania

**Notice of Electronic Filing**     _EXHIBIT - E_

The following transaction was entered by Brink, James on 10/14/2020 at 1:23 PM EDT and filed on 10/14/2020
**Case Name:**     UNITED STATES OF AMERICA v. HOUGH
**Case Number:**     2:03-cr-00174-MRH
**Filer:**     Dft No. 1 - DON RAOUL HOUGH
**Document Number:** 247

**Docket Text:**
NOTICE by DON RAOUL HOUGH re [246] Order, (Brink, James)

**2:03-cr-00174-MRH-1 Notice has been electronically mailed to:**

Arnold I. Klein     aklein@bachklein.com, fbolek@bachklein.com, mdawkins@bachklein.com

Benjamin Risacher     benjamin.risacher@usdoj.gov, CaseView.ECF@usdoj.gov, cristin.murray@usdoj.gov, usapaw.ecfcriminal@usdoj.gov

James J. Brink     jbrink@jamesbrinklaw.com, james.brink@icloud.com

Jay J. Finkelstein     jay_finkelstein@fd.org, Elisabeth_Lewis@fd.org, Kevin_Parent@fd.org, Lisa_Colarossi@fd.org, paw_ecf@fd.org

Sarah E. Levin     Sarah_Levin@fd.org, Elisabeth_Lewis@fd.org, Jamie_Palashoff@fd.org

Soo C. Song     soo.song@usdoj.gov, CaseView.ECF@usdoj.gov, susan.eichhorn@usdoj.gov, usapaw.ecfcriminal@usdoj.gov

**2:03-cr-00174-MRH-1 Notice has been delivered by other means to:**

DON RAOUL HOUGH(Terminated)
07839-068
FCI McDowell
P.O. Box 1009
Welch, WV 24801

The following document(s) are associated with this transaction:

**Document description:** Main Document