IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,
       v.
DON HOUGH, Petitioner,

Dkt No. 19-cv-244
Case Number:
03-cr-174

**FILED**
MAR 07 2019
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. 2255 UNDER FEDERAL RULE of Civil Procedure 15, to add Additional claims, facts, clarify, amend, amplify claims within the one year statute of limitations as well as after the one-year period expires in order to clarify or amplify claims which were timely presented.

EXHIBIT-F   Doc. No. 193

And, Now comes, the Petitioner, DON HOUGH, pro se, in the above titled motion and avers as follows;

1) ON March 28, 2018, This Honorable Court at Docket Number 188, issued an ORDER, RESENTCING MR. HOUGH to an NEW AMENDED JUDGMENT,

2) At COUNTS 1, 2, 4, and 5 a concurrent sentence of ten years to be imposed consecutive to count 3, a sentence of thirty years, for a total of forty years incarceration.

3) MR. HOUGH, NOW, WISHES TO FILE a Petition challenging the NEW AMENDED JUDGMENT, in which 2255(D), provides that there is a 1-year statute of limitations which runs from the latest of: (1) the date on which the judgment of conviction becomes final;

5) The One year began to run on the date in which MR. HOUGH, was resentenced to the NEW AMENDED JUDGMENT on March 28, 2018,

(1)

6) Along with this motion MR. Hough, notifies the Court of the filing of a HABEAS CORPUS MOTION UNDER 28. U.S.C. 2255, to correct the sentence imposed at Count three in which MR. HOUGH, wishes to file an additional Memorandum of law, for Immediate Release in Support of the HABEAS CORPUS MOTION UNDER 2255,

7) MR. HOUGH ask this Honorable Court to delay the ruling of the HABEAS CORPUS MOTION UNDER 28. U.S.C. 2255, until Hough has filed the additional Memorandum of law in support, for Immediate Release, to add clarity, amend, o amplify additional claims or fact's filed within the 1-year statute of limitations or after the one-year period expires as consistent with Federal Rule of Civil Procedure 15, see <u>United States</u> v <u>Thomas</u>, 221 F 3d 430 (3rd cir 2000)

8) Additionaly MR. HOUGH also files a MOTION TO APPOINT COUNSEL along with the present motions stated above.
MR. HOUGH intends to file the additional Memorandum of law for Immediate Release within the one-year statute of limitations under 28, U.S.C. 2255

WHEREFORE, petitioner, DON HOUGH, pray's, respectfully request that this Honorable Court, GRANT, the present motion.

(2)

CERTIFICATE AND NOTICE OF SERVICE AND FILING

I, DON HOUGH, certify that I caused to be served by u.s. mail postage prepaid, to the below listed parties on this 3rd day of March, 2019.

MS. REBECCA R. HAYWOOD, ESQ.
office of the U.S. Attorney,
700 Grant St. suite 4000,
Pittsburgh. PA. 15219,

*Don Hough*

Don Hough, pro se.
# 07839-068,
Federal Correctional Institution McDowell,
P.O. Box 1009
Welch. WV. 24801

(3)

Federal Correctional Institution McDowell
P.O. Box 1009
Welch, WV. 24801

CHARLESTON WV 250

04 MAR 2019 PM 4 L

To: CLERK OF COURTS
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
700 GRANT STREET, ROOM 3110
Pittsburgh, Pennsylvania. 15219

15219-195785